**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered) |
| Diamond Comic Distributors, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>VALIANT ENTERTAINMENT LLC d/b/a VALIANT ENTERTAINMENT, LLC,<br><br>Defendant. | Adv. Proc. No. 25-00260 (DER) |

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7055**

**Your rights may be affected.** You should read these papers carefully and may wish to discuss them with an attorney.

A motion for default judgment is a request for judgment on one or more of the claims contained in the complaint filed in this case. A motion for default judgment is governed by Rule 55 of the Federal Rules of Civil Procedure. Because you have failed to file an answer or other pleadings in this case, the Court may enter judgment against you without trial.

If you want to oppose the motion for default judgment, you must file with the Court and serve on the other party a written response opposing the motion and stating the reasons for your opposition. Your opposition must be filed and served within fourteen (14) days after the service date of the motion, plus three (3) additional days if the motion was served on you by mail, unless otherwise ordered by the Court. If you file a written response, the Court may hold a hearing at a location and time set forth in a notice from the Clerk of the Court.

**If you fail to file a timely written response to the motion, the Court may grant the motion, in whole or in part, with or without holding a hearing.** This will result in the termination of the proceeding, or some part of the proceeding, in favor of the moving party, and the entry of a judgment against you.

56597453.1

Dated: October 23, 2025                            **SAUL EWING LLP**

                By: */s/ Jordan D. Rosenfeld*
                    Jordan D. Rosenfeld (MD Bar No. 13694)
                    1001 Fleet Street, 9th Floor
                    Baltimore, MD 21202
                    Telephone: (410) 332-8600
                    Email: jordan.rosenfeld@saul.com

                    -and-

                    Jeffrey C. Hampton (admitted *pro hac vice*)
                    Adam H. Isenberg (admitted *pro hac vice*)
                    Turner N. Falk (admitted *pro hac vice*)
                    1500 Market Street, 38th Floor
                    Philadelphia, PA 19102
                    Telephone: (215) 972-7777
                    Email: jeffrey.hampton@saul.com
                          adam.isenberg@saul.com
                          turner.falk@saul.com

                    -and-

                    Mark Minuti (admitted *pro hac vice*)
                    Paige N. Topper (admitted *pro hac vice*)
                    Nicholas Smargiassi (admitted *pro hac vice*)
                    1201 N. Market Street, Suite 2300
                    Wilmington, DE 19801
                    Telephone: (302) 421-6800
                    Email: mark.minuti@saul.com
                          paige.topper@saul.com
                          nicholas.smargiassi@saul.com

                    *Counsel for Debtor*