IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: <br><br> Diamond Comic Distributors, Inc., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-10308 (DER) <br><br> (Jointly Administered) |
| Diamond Comic Distributors, Inc., <br><br> Plaintiff, <br><br> v. <br><br> VALIANT ENTERTAINMENT LLC d/b/a VALIANT ENTERTAINMENT, LLC, <br><br> Defendant. | Adv. Proc. No. 25-00260 (DER) |

**CERTIFICATE OF SERVICE**

    I, Jordan Rosenfeld, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the *Debtor's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* was made on October 23, 2025 by first class mail, postage prepaid on the party on the attached service list.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  October 23, 2025          SAUL EWING LLP

                                        */s/ Jordan D. Rosenfeld*
                                        Jordan D. Rosenfeld (MD Bar No. 13694)
                                        1001 Fleet Street, 9th Floor
                                        Baltimore, MD 21202
                                        Telephone: (410) 332-8600
                                        Email: jordan.rosenfeld@saul.com

                                        *Counsel for Debtor*

56597453.1

**The following parties received
copies of Motion by first class mail:**

VALIANT ENTERTAINMENT LLC
d/b/a VALIANT ENTERTAINMENT, LLC
c/o PARACORP INCORPORATED
2140 S Dupont HWY
Camden, DE 19934

56597453.1